IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAVELL T. WASHINGTON JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-3495 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID MIRO, GARY WOJCIK, and | ) | Honorable Sara L. Ellis |
| CITY OF CALUMET CITY, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

NOW COMES Plaintiff, by and through his counsel of record, and respectfully moves this Court for entry of an Order permitting Attorney Peter Sadelski to withdraw his appearance as counsel of record in this matter. In support of this Motion, counsel states as follows:

1. Peter Sadelski previously appeared as counsel of record on behalf of Lavell T. Washington Jr. while employed at Ed Fox & Associates, Ltd.

2. On December 31, 2025, Attorney Peter Sadelski, who had primary responsibility for this matter, unexpectedly resigned from Plaintiff's law firm without prior notice.

3. Peter Sadelski is not continuing representation of Lavell T. Washington Jr. in this matter.

4. Attorney Edward Fox, of Ed Fox & Associates, Ltd. has appeared and continues to appear as counsel of record for Lavell T. Washington Jr., and the party will not be left without representation as a result of this withdrawal.

5. This Motion is not brought for purposes of delay, and withdrawal will not prejudice any party.

WHEREFORE, Attorney Edward Fox respectfully requests that this Court enter an Order permitting Attorney Peter Sadelski to withdraw his appearance as counsel of record in this matter.

        Respectfully submitted,

/s/ *Edward M. Fox*
Edward M. Fox
Ed Fox & Associates, Ltd.
118 North Clinton Street, Suite 425
Chicago, Illinois 60661
(312) 345-8877
efox@efox-law.com